IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD WHITE, on behalf of himself and all others similarly situated,** | : : : | |
| **Plaintiff,** | : | |
| v. | : : | Civ. No. 15-4595 |
| **SUNOCO INC.,** | : | |
| **Defendant.** | : : | |

### O R D E R

**AND NOW**, this 24th day of May, 2016, upon consideration of Defendant Sunoco's Renewed Motion to Compel Arbitration and Stay Litigation (Doc. No. 19), Plaintiff's Response (Doc. No. 20), Defendant's Reply (Doc. No. 23), Plaintiff's Notice of Supplemental Authority (Doc. No. 24), and Defendant's Response (Doc. No. 25) and all related submissions, it is hereby **ORDERED** that Defendant's Renewed Motion to Compel Arbitration and Stay Litigation is **DENIED**. (Doc. No. 19.)

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.