# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WHITE, on behalf of himself and all others similarly situated,<br>  Plaintiff,<br>  v.<br>SUNOCO INC.,<br>  Defendant. | :<br>:<br>:<br>:<br>:   Civ. No. 15-4595<br>:<br>:<br>: |

## SCHEDULING ORDER

**AND NOW**, this 14th day of December, 2017, it is hereby **ORDERED** as follows:

1. The Parties shall take limited discovery, as discussed in today's Pretrial Conference. Discovery requests shall be propounded **no later than** December 21, 2017. The Parties shall respond **no later than** February 5, 2018; and

2. The Parties shall jointly file a negotiated proposed Case Management Order **no later than** December 21, 2017.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.