# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD WHITE,**<br>    **Plaintiff,**<br><br>    v.<br><br>**SUNOCO INC.,**<br>    **Defendant** | Civil Action No. 2:15-04595<br><br>Hon. Paul S. Diamond |

## [JOINTLY PROPOSED] CASE MANAGEMENT ORDER

This matter, having been submitted to the Court on consent of the Parties, and for good cause shown and the submissions and suggestions of counsel, and the Court having held a Rule 16 conference on December 14, 2017, it is hereby ORDERED that the following deadlines shall apply:

| Event | Deadline |
|---|---|
| Parties serve initial discovery requests relating to Sunoco Card transaction data and Plaintiff's records/transaction history | December 21, 2017 |
| Responses to initial discovery requests | February 5, 2018 |
| Status conference with Court | February 6, 7, 8, or 9, 2018, at Court's convenience |
| Close of fact discovery on Plaintiff's claims and class certification | July 10, 2018 |
| Deadline for Plaintiff to file motion for class certification and serve expert report(s) on class issues | July 17, 2018 |
| Deposition of Plaintiff's class certification expert(s) | No earlier than 15 days and no later than 30 days after service of their expert report(s) |

1

| Event | Deadline |
|---|---|
| Deadline for Defendant to file a response in opposition to class certification and serve expert report(s) on class issues | September 3, 2018 |
| Deposition of Defendant's class certification expert(s) | No earlier than 15 days and no later than 30 days after service of their expert report(s) |
| Deadline for Plaintiff's reply in support of class certification | October 17, 2018 |
| Hearing on motion for class certification | To be determined by the Court |
| Deadlines for close of fact discovery, merits expert report(s), summary judgment, pre-trial deadlines, trial date | To be determined by the Court and/or pending ruling on class certification |

Pursuant to Local Rule of Civil Procedure 5.1.2(9)(c), the undersigned attorneys have consented to the filing of this document by counsel for Defendant.

Dated:  December 21, 2017

| | |
|---|---|
| */s/* David J. Stanoch | */s/* Seamus C. Duffy |
| Richard M. Golomb (Pa. Id. No. 42845) | Seamus C. Duffy (Pa. Id. No. 52501) |
| Ruben Honik (Pa. Id. No. 33109) | Kathryn E. Deal (Pa. Id. No. 93891) |
| Kenneth J. Grunfeld (Pa. Id. No. 84121) | Meredith C. Slawe (Pa. Id. No. 201489) |
| David J. Stanoch (Pa. Id. No. 91342) | Katherine L. Villanueva (Pa. Id. No. 203848) |
| **GOLOMB & HONIK, P.C.** | **DRINKER BIDDLE & REATH LLP** |
| 1515 Market Street, Suite 1100 | One Logan Square, Suite 2000 |
| Philadelphia, PA 19102 | Philadelphia, PA 19103-6996 |
| Tel:  (215) 985-9177 | Tel:  (215) 988-2700 |
| Fax:  (215) 985-4169 | Fax:  (215) 988-2757 |
| rgolomb@golombhonik.com | Seamus.Duffy@dbr.com |
| rhonik@golombhonik.com | Kathryn.Deal@dbr.com |
| kgrunfeld@golombhonik.com | Meredith.Slawe@dbr.com |
| dstanoch@golombhonik.com | Katherine.Villanueva@dbr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Sunoco Inc.* |

IT IS SO ORDERED this _____ day of _____, 2017.

_____
Hon. Paul S. Diamond, U.S.D.J.