IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD WHITE, on behalf** | : | |
| **of himself and all others** | : | |
| **similarly situated,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civ. No. 15-4595 |
| | : | |
| **SUNOCO INC.,** | : | |
| **Defendant.** | : | |

## SCHEDULING ORDER

**AND NOW**, this 2nd day of January, 2018, upon consideration of the Parties' Jointly Proposed Case Management Order (Doc. No. 42), it is hereby **ORDERED** as follows:

1. A Status Conference is scheduled for **February 8, 2018 at 11:00 a.m.** in Room 14614, United States District Court, 601 Market Street, Philadelphia, PA 19106;

2. Fact discovery on Plaintiff's claims and class certification shall **CLOSE** on **July 10, 2018**;

3. Plaintiff shall **FILE** a Motion for Class Certification and **SERVE** expert reports on class issues **no later than** **July 17, 2018**;

4. Defendant shall **DEPOSE** Plaintiff's class certification experts no earlier than fifteen days and no later than thirty days after service of their expert reports;

5. Defendant shall **RESPOND** to Plaintiff's Motion for Class Certification and **SERVE** expert reports on class issues **no later than** **September 3, 2018**;

6. Plaintiff shall **DEPOSE** Defendant's class certification experts no earlier than fifteen days and no later than thirty days after service of their expert reports;

7. Plaintiff shall **REPLY** in support of its Motion for Class Certification **no later than October 17, 2018**; and

8. All other dates in my December 14, 2017 Scheduling Order (Doc. No. 41) shall **REMAIN** as Ordered.

                                                                                                 **AND IT IS SO ORDERED.**

                                                      */s/ Paul S. Diamond*

                                                      Paul S. Diamond, J.