## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD WHITE**, on behalf of himself and all others similarly situated,<br>   Plaintiff,<br> v.<br>**SUNOCO INC.**,<br>   Defendant. | :<br>:<br>:<br>:<br>: Civ. No. 15-4595<br>:<br>:<br>: |

### O R D E R

  Plaintiff has asked me to enforce a subpoena *duces tecum* issued to non-party Citibank, N.A. (Doc. No. 49.) The subpoena commands production of certain documents at an address in Sioux Falls, South Dakota. (Doc. No. 49-1.) Because it appears that I have no authority to enforce the subpoena, I will deny Plaintiff's Motion (Doc. No. 49) without prejudice. See Fed. R. Civ. P. 45(d)(2)(B)(i).

  **AND NOW**, this 9th day of May, 2018, upon consideration of Plaintiff's Motion to Enforce Subpoena to Citibank (Doc. No. 49), it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 49) is **DENIED without prejudice**.

                      **AND IT IS SO ORDERED.**

                      */s/ Paul S. Diamond*
                      _____
                      Paul S. Diamond, J.