IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD WHITE, on behalf of himself and all others similarly situated, | : : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 15-4595 |
| | : | |
| SUNOCO INC., | : | |
| Defendant. | : : | |

## SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this 17th day of August, 2018, upon consideration of the Parties' Joint Motion for Extension of Deadlines (Doc. No. 53), it is hereby **ORDERED** that the Motion (Doc. No. 53) is **GRANTED**. The Amended Scheduling Order (Doc. No. 52) is **AMENDED** as follows:

1. Fact discovery on Plaintiff's claims and class certification shall **CLOSE** on **September 24, 2018**;

2. Plaintiff shall **FILE** a Motion for Class Certification and **SERVE** expert reports on class issues **no later than** October 1, 2018;

3. Defendant shall **DEPOSE** Plaintiff's class certification experts no earlier than fifteen days and no later than thirty days after service of their expert reports;

4. Defendant shall **RESPOND** to Plaintiff's Motion for Class Certification and **SERVE** expert reports on class issues **no later than** November 12, 2018;

5. Plaintiff shall **DEPOSE** Defendant's class certification experts no earlier than fifteen days and no later than thirty days after service of their expert reports; and

6. Plaintiff shall **REPLY** in support of its Motion for Class Certification **no later than** December 21, 2018.

                                                                **AND IT IS SO ORDERED.**

                                                                */s/ Paul S. Diamond*
                                                                 _____
                                                                 Paul S. Diamond, J.